1  Darin Snyder (Cal. Bar No. 136003)
   dsnyder@omm.com
2  Rui Li (Cal. Bar No. 320332)
   rli@omm.com
3  **O'MELVENY & MYERS LLP**
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA 94111
   Telephone: 415-984-8700
5  Facsimile: 415-984-8701

6  Xin-Yi Zhou (Cal. Bar No. 251969)
   vzhou@omm.com
7  **O'MELVENY & MYERS LLP**
   400 S. Hope Street, 18th Floor
8  Los Angeles, CA 90071
   Telephone: 213-430-6000
9  Facsimile: 213-430-6407

10 Hana Oh (Cal. Bar No. 300846)
   hoh@omm.com
11 **O'MELVENY & MYERS LLP**
   610 Newport Center Drive, 17th Floor
12 Newport Beach, CA 92660
   Telephone: 949-823-6900
13 Facsimile: 949-823-6994

14 *Attorneys for Respondent Samsung Semiconductor, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA AD TESTIFICANDUM<br><br>LYNK LABS, INC.,<br><br>    Petitioner. | Misc. No. 5:23-mc-80018-VKD<br><br>**DECLARATION OF ATTORNEY HANA OH IN SUPPORT OF RESPONDENT SAMSUNG SEMICONDUCTOR, INC.'S OPPOSITION TO LYNK'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AD TESTIFICANDUM AND CROSS-MOTION TO QUASH OR TRANSFER** |

Declaration of Hana Oh
Misc. No. 5:23-mc-80018-VKD

I, Hana Oh, declare and state as follows:

1. I am an attorney with the law firm of O'Melveny & Myers LLP, located at 610 Newport Center Drive, Newport Beach, California. I am admitted as counsel for Respondent Samsung Semiconductor, Inc. ("SSI") in the above-referenced action. I am over the age of 18 and competent to testify as to the facts stated herein based on my personal knowledge. I submit this Declaration in support of SSI's Opposition to Lynk's Motion to Compel Compliance with Subpoena Ad Testificandum and Cross-Motion to Quash or Transfer ("Opposition").

2. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence between counsel from November 11, 2022 to January 17, 2023, discussing document production and the deposition of Mr. Vincent Feorenzo. The portions cited in the Opposition are highlighted.

3. Attached hereto as Exhibit 2 is a true and correct copy of email correspondence between counsel from November 11, 2022 to January 24, 2023, discussing ransomware attacks and Lynk's document preservation issues. The portions cited in the Opposition are highlighted.

4. Attached hereto as Exhibit 3 is a true and correct copy of "Defendant's Notice of Deposition of Plaintiffs Pursuant to Rule 30(b)(6)," served by Lynk on Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. on January 7, 2022.

5. Attached hereto as Exhibit 4 is a true and correct copy of emails from April 11, 2022 and April 22, 2022 from counsel for SEC and SEA to counsel for Lynk, designating the scopes of SEC and SEA's witness testimonies with respect to Lynk's Rule 30(b)(6) topics. The portions cited in the Opposition are highlighted.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Date: February 1, 2023

Respectfully submitted,

_____
Hana Oh

Declaration of Hana Oh
Misc. No. 5:23-mc-80018-VKD